# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TEVIN ABERCROMBIE | ) | Case No. |
| | ) | 20-mj-1247-DLC |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 16, 2020__ in the county of __Suffolk__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of firearm and ammunition. |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Lisa Rudnicki

☑ Continued on the attached sheet.

*/s/ Lisa Rudnicki* DLC
*Complainant's signature*

Lisa Rudnicki, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

Date: 07/23/2020

*Judge's signature*

City and state: Boston, Massachusetts    Hon. Donald L. Cabell, US Magistrate Judge
*Printed name and title*